## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **THOMAS MILLER AND DAWN MILLER,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § § | **Civil Action No. 4:23-cv-00419-O** |
| **MERIDIAN SERCURITY INSURANCE COMPANY,** | § § § | |
| **Defendant.** | § § | |

## <u>ORDER</u>

Before the Court is the parties' Joint Motion to Abate Pending the Outcome of Appraisal (ECF No. 8), filed May 25, 2023. Having considered the motion and finding good cause, the Court **GRANTS** the motion. It is therefore **ORDERED** that the above-captioned case is **ABATED** and proceedings are **STAYED** pending results of arbitration. Following the completion of arbitration, the parties **SHALL** submit a joint status report to the Court within **14 days** thereof indicating (1) the general outcome of the appraisal process, (2) whether the parties have reached a settlement agreement, and, if necessary, (3) providing an updated joint report regarding the contents of a scheduling order. Until such status report is filed, the Clerk of Court is **DIRECTED** to administratively close this case for statistical purposes.

**SO ORDERED** on this **6th day** of **June, 2023.**


Reed O'Connor
**UNITED STATES DISTRICT JUDGE**